

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:15-CR-00122-RFB |
| TONY CHAU, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 6, 2015, defendant TONY CHAU pled guilty to Counts One through Three of a Three-Count Criminal Information charging him in Count One with Conducting an Illegal Gambling Business in violation of Nevada Revised Statutes 463.160, 463.430, 464.010, 464.070, 465.092, and 465.093, and Title 18, United States Code, Section 1955 and in Count Two with Money Laundering in violation of Title 18, United States Code, Section 1956(a)(1)(A). Information, ECF No. 4; Change of Plea, ECF No. 9; Plea Agreement, ECF No. 6.

This Court finds defendant TONY CHAU agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information. Information, ECF No. 4; Change of Plea, ECF No. 9; Plea Agreement, ECF No. 6.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

///

1  Allegations of the Criminal Information and the offenses to which defendant TONY CHAU pled
2  guilty.
3        The following assets are (a) any property, including money, used in violation of Nevada
4  Revised Statutes 463.160, 463.430, 464.010, 464.070, 465.092, and 465.093 and Title 18, United
5  States Code, Section 1955; (b) any property, real or personal, which constitutes or is derived from
6  proceeds traceable to violations of Nevada Revised Statutes 463.160, 463.430, 464.010, 464.070,
7  465.092, and 465.093 and Title 18, United States Code, Section 1955, a specified unlawful activity as
8  defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(A) and (B); (c) any
9  property, real or personal, involved in a transaction or attempted transaction in violations of Title 18,
10 United States Code, Section 1956(a)(1), or any property traceable to such property; and (d) any
11 property, real or personal, involved in violations of Title 18, United States Code, Section 1956(a)(1),
12 or any property traceable to such property; and are subject to forfeiture pursuant to Title 18, United
13 States Code, Section 1955(d); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United
14 States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United
15 States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United
16 States Code, Section 853(p):

    1.     $394.60 in United States Currency;
    2.     $23,942.48 in United States Currency;
    3.     $12,077.17 in United States Currency;
    4.     $62.30 in United States Currency;
    5.     $10,377.15 in United States Currency;
    6.     $4,474.96 in United States Currency;
    7.     $5,151.19 in United States Currency;
    8.     $331,078.65 in United States Currency;
    9.     $5,973.19 in United States Currency;
    10.     $20,800.59 in United States Currency;

11. $2,320.62 in United States Currency;

12. $6,125.39 in United States Currency;

13. $2,277.28 in United States Currency;

14. Domain Name "sportsbettingchamp.com";

15. Domain Name "sportspicksbuffet.com";

16. Domain Name "thechampselections.com";

17. Loan in the amount of $67,026.08 in United States Currency;

18. Loan in the amount of $69,585.00 in United States Currency;

19. Loan in the amount of $100,000.00 in United States Currency;

20. 73,170 ownership units held by Tony Chau in Performance Health Systems;

21. Equity interest in AFTER 157, LLC, purchased by Tony Chau May 29, 2013, for $23,205.45;

22. Equity interest in AFTER 157, LLC, purchased by Tony Chau June 4, 2013, for $126,794.55;

23. Equity interest in AFTER 157, LLC, purchased by Tony Chau June 10, 2013, for $20,000.00;

24. Equity interest in AFTER 157, LLC, Purchased By Tony Chau June 11, 2013, for $10,000.00;

25. Equity interest in AFTER 157, LLC, purchased by Tony Chau June 19, 2013, for $20,000.00;

26. Equity interest in AFTER 157, LLC, purchased by Tony Chau July 16, 2013, for $5,000.00;

27. Equity interest in AFTER 157, LLC, purchased by Tony Chau August 23, 2013, for $121,470.00;

28. Equity interest in AFTER 157, LLC, purchased by Tony Chau August 23, 2013, for $323,530.00;

29. Equity interest in AFTER 157, LLC, purchased by Tony Chau August 29, 2013, for $10,000.00;

30. Equity interest in AFTER 157, LLC, purchased by Tony Chau September 12, 2013, for $15,000.00;

31. Equity interest in AFTER 157, LLC, purchased by Tony Chau September 14, 2013, for $20,500.00;

32. REAL PROPERTY LOCATED AT 235 WEST VAN BUREN, SUITE 4506, CHICAGO, ILLINOIS 60607 MORE PARTICULARLY DESCRIBED AS UNIT 4506 AND PARKING UNIT P-91 IN THE 235 W. VAN BUREN CONDOMINIUMS, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED PROPERTY: THAT PART OF LOTS 65, 66, 67, 68, 69, 70, 71, 72, 73 AND 74 (TAKEN AS A TRACT) IN BLOCK 90 IN SCHOOL SECTION ADDITION TO CITY OF CHICAGO, IN SECTION 16, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS; WHICH SURVEY IS ATTACHED TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0915934034, AS AMENDED FROM TIME TO TIME, TOGETHER WITH AN UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, TAX IDENTIFICATION PROPERTY NUMBER: 17-16-238-019-0000;

33. REAL PROPERTY LOCATED AT 235 WEST VAN BUREN, SUITE 4610, CHICAGO, ILLINOIS 60607 MORE PARTICULARLY DESCRIBED AS UNIT 4610 AND PARKING UNIT P-97T IN THE 235 W. VAN BUREN CONDOMINIUMS, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED PROPERTY: THAT PART OF LOTS 65, 66, 67, 68, 69, 70, 71, 72, 73 AND 74 (TAKEN AS A TRACT) IN BLOCK 90 IN SCHOOL SECTION ADDITION TO CITY OF CHICAGO, IN SECTION 16, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS; WHICH SURVEY IS ATTACHED TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0915934034, AS AMENDED FROM TIME TO TIME, TOGETHER WITH AN UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, TAX IDENTIFICATION PROPERTY NUMBER: 17-16-238-017-0000;

34. REAL PROPERTY LOCATED AT 310 EAST 46TH STREET, 5L, NEW YORK, NEW YORK 10017, MORE PARTICULARLY DESCRIBED AS SECTION 5 BLOCK 1338 LOT 5 ON THE TAX MAP OF NEW YORK COUNTY, ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE BOROUGH OF MANHATTAN, COUNTY, CITY AND STATE OF NEW YORK, BOUNDED AND

DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE NORTHERLY SIDE OF EAST 45TH STREET, DISTANT 100 FEET EASTERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE NORTHERLY SIDE OF 45TH STREET AND THE EASTERLY SIDE OF SECOND AVENUE; RUNNING THENCE NORTHERLY PARALLEL WITH SECOND AVENUE, 200 FEET 10 INCHES TO THE SOUTHERLY SIDE OF EAST 46TH STREET; THENCE EASTERLY ALONG THE SOUTHERLY SIDE OF EAST 46TH STREET, 100 FEET; THENCE SOUTHERLY PARALLEL WITH SECOND AVENUE AND PART OF THE DISTANCE THROUGH A PARTY WALL, 100 FEET 5 INCHES TO THE CENTER LINE OF THE BLOCK BETWEEN 45TH AND 46TH STREETS; THENCE EASTERLY ALONG THE CENTER LINE OF THE BLOCK AND PARALLEL WITH EAST 46TH STREET, 25 FEET; THENCE SOUTHERLY PARALLEL WITH SECOND AVENUE, 100 FEET 5 INCHES TO THE NORTHERLY SIDE OF EAST 45TH STREET; THENCE WESTERLY ALONG THE NORTHERLY SIDE OF EAST 45TH STREET, 125 FEET TO THE POINT OF PLACE OF BEGINNING; and

35. REAL PROPERTY LOCATED AT 844 VEGAS VALLEY DRIVE, LAS VEGAS, NEVADA 89109, MORE PARTICULARLY DESCRIBED AS PARCEL ONE (1): LOT THIRTY-ONE (31) OF LAS VEGAS INTERNATIONAL COUNTRY CLUB PATIO HOUSES UNIT NO. 6-A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 13, OF PLATS, PAGE 78, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA; PARCEL TWO (2): A PORTION OF SECTION 10, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY, NEVADA, AN ADDITIONAL TO LOT THIRTY-ONE (31) OF LAS VEGAS INTERNATIONAL COUNTRY CLUB PATIO HOUSES, UNIT NO. 6-A AS SHOWN BY MAP THEREOF ON FILE IN BOOK 13 OF PLATS, PAGE 78, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF LOT THIRTY-ONE (31), BEING THE TRUE POINT OF BEGINNING; THENCE NORTH 07°39'18" WEST, A DISTACNE OF 6.04 FEET TO A POINT; THENCE SOUTH 89°08'44" WEST, A DISTANCE OF 33.90 FEET TO A POINT; THENCE SOUTH 02°35'00" EAST, A DISTANCE OF 6.00 FEET TP A POINT; THENCE NORTH 89°08'44" EAST, A DISTANCE OF 34.43 FEET TO THE TRUE POINT OF BEGINNING, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, TAX IDENTIFICATION PROPERTY NUMBER: 162-10-613-002

(all of which constitutes "Property").

an in personam criminal forfeiture money judgment of $1,371,586 in United States Currency. The net sale proceeds of the property, which is the value of the property at the time of the sale, will be applied toward the criminal forfeiture money judgment. If there are any remaining sale proceeds, they will be applied to taxes, penalties, and interest owed by Tony Chau.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover from TONY CHAU a criminal forfeiture money judgment in the amount of $1,371,586 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of TONY CHAU in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 6th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE