DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:15-cr-00122-RFB-1 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO CONTINUE SENTENCING** |
| TONY CHAU ) | (First Request) |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Alexandra Michael, Assistant United States Attorney, counsel for the United States of America and James D. Henderson, Esquire, counsel for defendant TONY CHAU, that the sentencing date currently scheduled for August 5, 2015, at the hour of 1:30 p.m. be vacated and continued to a future date and time convenient to the Court but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defendant seeks additional time to obtain finances in order to fully comply with the Forfeiture order and section of the Plea Agreement.

2. The parties agree to the additional time.

3. The Defendant is not in custody and does not object to the continuance.

4.  This is the first request for a continuance of the sentencing date.

DATED this 1st day of July, 2015.

                                      DANIEL G. BOGDEN
                                    United States Attorney

                                    /s/ Alexandra Michael

                                    ALEXANDRA MICHAEL
                                    Assistant United States Attorney

                                    /s/  James D. Henderson

                                    JAMES D. HENDERSON
                                    Counsel for Defendant TONY CHAU

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No: 2:15-cr-00122-RFB-1 <br> ) <br> ) ORDER TO CONTINUE SENTENCING <br> ) DATE |
| vs. | ) |
| TONY CHAU, | ) |
| Defendant. | ) |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant seeks additional time to obtain finances in order to fully comply with the Forfeiture order and section of the Plea Agreement.

2. The parties agree to the additional time.

3. The Defendant is not in custody and does not object to the continuance.

4. This is the first request for a continuance of the sentencing date.

### ORDER

IT IS ORDERED that the sentencing date currently scheduled for August 5, 2015, at 1:30 p.m. be vacated and continued to **Friday, September 4, 2015** at the hour of 11:00 a.m.

DATED this **10th** day of **July**, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE