DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:15-CR-122-RFB |
| | ) |
| TONY CHAU, | ) |
| | ) |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND THE TIME FOR THE UNITED STATES TO RESPOND TO THE PETITION FOR ADJUDICATION OF INTEREST UNDER 21 U.S.C. § 853 (ECF NO. 30) FILED BY RIDGEWOOD SAVINGS BANK, AND ORDER**
**(First Request)**

The United States of America respectfully moves this Court for an Order extending the time for the United States to respond to the Petition for Adjudication of Interest Under 21 U.S.C. § 853 (ECF No. 30) filed by Ridgewood Savings Bank. The deadline for responding to the Verified Petition is April 10, 2016.  The United States requests an extension of time to and including May 11, 2016.

The grounds for extending the time are as follows.

/ / /

/ / /

1  V.R. Bohman, counsel for Ridgewood Savings Bank, was contacted on April 7, 2016, and
2 agreed to the extension of time.

3  The AUSA assigned to file the response to the Petition for this case is engaged in settlement
4 negotiations with Attorney Bohman. The negotiations were not completed on time due to the United
5 States Attorney's Office moving locations and there were more complexities involved than
6 anticipated. We anticipate settling the Petition.

7  This Motion is not submitted solely for the purpose of delay or for any other improper
8 purpose.

9  This Court should grant an extension of time to, and including, May 11, 2016, for the United
10 States to respond to the Petition of Ridgewood Savings Bank (ECF No. 30).

11  DATED this 7th day of April, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/  Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED:  April 26, 2016

2

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on April 7, 2016.

*/s/ Heidi L. Skillin*
HEIDI L. SKILLIN
Asset Forfeiture Paralegal