**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-122-RFB |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| TONY CHAU, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 1955(d); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Tony Chau to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which defendant Tony Chau pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 9; Amended Preliminary Order of Forfeiture, ECF No. 29.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 10, 2015, through July 9, 2015, and from February 28, 2016, through

March 28, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 23 and 36.

**Service of Process – Personal Service**

On April 25, 2016, Homeland Security Investigations personally served Lynn Goya, Clark County Clerk, Clark County Water Reclamation District, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 27, 2016, Homeland Security Investigations personally served Larry Brown, Chairman, Clark County Water Reclamation District, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 25, 2016, Homeland Security Investigations personally served Lynn Goya, Clark County Clerk, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 25, 2016, Homeland Security Investigations personally served Lynn Goya, Clark County Clerk, Clark County Board of Commissioners, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served John J. Entsminger, General Manager, Southern Nevada Water Authority, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served Gregory J. Walch, General Counsel, Southern Nevada Water Authority, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served John Entsminger, General Manager, Las Vegas Valley Water District, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

/ / /

/ / /

On April 26, 2016, Homeland Security Investigations personally served Mary Beth Scow, President, Las Vegas Valley Water District, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served Gregory J. Walch, General Counsel, Las Vegas Valley Water District, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served Bradford Jerbic, City Attorney, City of Las Vegas, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served LuAnn D. Holmes, City Clerk, City of Las Vegas, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served Luann D. Holmes, City Clerk, City of Las Vegas Sewer, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served Michele W. Shafe, Clark County Assessor, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served Steve Wolfson, Clark County District Attorney, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 26, 2016, Homeland Security Investigations personally served Debbie Conway, Clark County Recorder, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

/ / /

/ / /

On April 26, 2016, Homeland Security Investigations personally served Laura B. Fitzpatrick, Clark County Treasurer, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

On April 27, 2016, Homeland Security Investigations personally served Las Vegas International Country Club Estates Homeower's Association, Ann Calarco, with copies of the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 41.

**Service of Process – Mailing**

On March 31, 2016, the United States served the Queens County Assessor with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On April 20, 2016, the United States served Richard A. Brown, Queens County District Attorney, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On April 20, 2016, the United States served the Queens County Recorder with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Cy Vance, Borough of Manhattan District Attorney, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Office of the City Clerk, Borough of Manhattan City Clerk, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Turtle Bay Towers with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

/ / /

On March 31, 2016, the United States served First Service Residential as Registered Agent for Turtle Bay Towers with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served the NYC Department of Finance with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served NYC Environmental Protection with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On April 20, 2016, the United States served Con Edison, Cooper Station, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Joseph Berrios, Cook County Assessor's Office, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Anita Alvarez, Cook County State's Attorney, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Karen A. Yarbrough, Cook County Recorder of Deeds, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Maria Pappas, Treasurer, Cook County Treasurer's Office, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

/ / /

/ / /

On April 20, 2016, the United States served David Orr, Cook County Clerk's Office, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Toni Preckwinkle, President, Cook County Board of Commissioners, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Water Management, City of Chicago, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Commonwealth Electric with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Peoples Gas with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Jason Traut with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Jason Traut, c/o Adam Braun, Law Offices of Adam Braun, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Jeremy Margolis, Loeb & Loeb, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

/ / /

/ / /

On March 31, 2016, the United States served Michael J. Carrigan, Holland & Hart, LLP, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served David Sugar, Arnstein & Lehr, LLP, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served Denis Stasic, Managing Member for Estate Riverfront, LLC, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 31, 2016, the United States served James L. Webster, Registered Agent for Estate Riverfront, LLC, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On February 26, 2016, the United States served John Stumpf, Chairman, Wells Fargo Bank, N.A., with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On February 26, 2016, the United States served Joyce Scida, Assistant Vice President, Ridgewood Savings Bank, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On April 40, 2016, the United States served the Queens County Treasurer's Office with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

On March 9, 2016, the United States served Cooper Square Realty, Inc., as Registered agent for Turtle Bay Towers Corporation, with the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mail, ECF No. 49.

/ / /

**Claims and Settlement Agreements**

On June 9, 2015, the government filed a Settlement Agreement for Entry of Order of Forfeiture as to Be Thi Tran, Carolyne Chau, Christopher Chau, Duc Nguyen, and Lan Nguyen, and Order (ECF No. 17). On July 1, 2015, the Court granted the Settlement Agreement (ECF No. 21).

On March 24, 2016, Ridgewood Savings Bank filed the Petition for Adjudication of Interest under 21 U.S.C. § 853 (ECF Nos. 30 and 31).

On March 25, 2016, the government filed a Stipulation for Entry of Forfeiture and for Return of $331,078.65 as to Jason Traut and Order (ECF No. 32).

On March 25, 2016, Wells Fargo Bank, N.A., filed a Verified Petition for Ancillary Hearing to Determine Validity of Interest of Subject Property Identified in Paragraph 32 of Preliminary Order of Forfeiture (ECF No. 33); a Verified Petition for Ancillary Hearing to Determine Validity of Interest of Subject Property Identified in Paragraph 33 of Preliminary Order of Forfeiture (ECF No. 34); and a Verified Petition for Ancillary Hearing to Determine Validity of Interest of Subject Property Identified in Paragraph 35 of Preliminary Order of Forfeiture (ECF No. 35).

On May 6, 2016, the government filed a Stipulation for Entry of Order of Forfeiture as to Wells Fargo Bank, N.A., and Order (ECF No. 43).

On May 24, 2016, the Clerk County Treasurer's Office filed a Disclaimer of Interest (ECF No. 44).

On August 5, 2016, the government filed a Stipulation for Entry of Order of Forfeiture as to Ridgewood Savings Bank and Order (ECF No. 48).

On September 1, 2016, the government filed a Stipulation for Entry of Order of Forfeiture as to Turtle Bay Towers and Order (ECF No. 50).

On October 7, 2016, the Court granted the Stipulations regarding Jason Traut, Wells, Fargo Bank, N.A., Ridgewood Savings Bank, and Turtle Bay Towers (ECF Nos. 52, 53, 54, 55).

On October 12, 2016, the government filed a Stipulation of Entry of Order of Forfeiture as to North Shore Community Bank, n.k.a. Wintrust Bank, and Order (ECF No. 56).

On October 12, 2016, the Court granted the Stipulation as to North Shore Community Bank, n.k.a. Wintrust Bank (ECF No. 58 ).

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

1. $394.60 in United States Currency;
2. $23,942.48 in United States Currency;
3. $12,077.17 in United States Currency;
4. $62.30 in United States Currency;
5. $10,377.15 in United States Currency;
6. $4,474.96 in United States Currency;
7. $5,151.19 in United States Currency;
8. $331,078.65 in United States Currency;
9. $5,973.19 in United States Currency;
10. $20,800.59 in United States Currency;
11. $2,320.62 in United States Currency;
12. $6,125.39 in United States Currency;
13. $2,277.28 in United States Currency;
14. Domain Name "sportsbettingchamp.com";
15. Domain Name "sportspicksbuffet.com";

16. Domain Name "thechampselections.com";

17. Loan in the amount of $67,026.08 in United States Currency;

18. Loan in the amount of $69,585.00 in United States Currency;

19. Loan in the amount of $100,000.00 in United States Currency;

20. 73,170 ownership units held by Tony Chau in Performance Health Systems;

21. Equity interest in AFTER 157, LLC, purchased by Tony Chau May 29, 2013, for $23,205.45;

22. Equity interest in AFTER 157, LLC, purchased by Tony Chau June 4, 2013, for $126,794.55;

23. Equity interest in AFTER 157, LLC, purchased by Tony Chau June 10, 2013, for $20,000.00;

24. Equity interest in AFTER 157, LLC, Purchased By Tony Chau June 11, 2013, for $10,000.00;

25. Equity interest in AFTER 157, LLC, purchased by Tony Chau June 19, 2013, for $20,000.00;

26. Equity interest in AFTER 157, LLC, purchased by Tony Chau July 16, 2013, for $5,000.00;

27. Equity interest in AFTER 157, LLC, purchased by Tony Chau August 23, 2013, for $121,470.00;

28. Equity interest in AFTER 157, LLC, purchased by Tony Chau August 23, 2013, for $323,530.00;

29. Equity interest in AFTER 157, LLC, purchased by Tony Chau August 29, 2013, for $10,000.00;

30. Equity interest in AFTER 157, LLC, purchased by Tony Chau September 12, 2013, for $15,000.00;

31. Equity interest in AFTER 157, LLC, purchased by Tony Chau September 14, 2013, for $20,500.00;

32. REAL PROPERTY LOCATED AT 235 WEST VAN BUREN, SUITE 4506, CHICAGO, ILLINOIS 60607 MORE PARTICULARLY DESCRIBED AS UNIT 4506 AND PARKING UNIT P-91 IN THE 235 W. VAN BUREN CONDOMINIUMS, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED PROPERTY: THAT PART OF LOTS 65, 66, 67, 68, 69, 70, 71, 72, 73 AND 74 (TAKEN AS A TRACT) IN BLOCK 90 IN SCHOOL SECTION ADDITION TO CITY OF CHICAGO, IN SECTION 16, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS; WHICH SURVEY IS ATTACHED TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0915934034, AS AMENDED FROM TIME TO TIME, TOGETHER WITH AN UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, TAX IDENTIFICATION PROPERTY NUMBER: 17-16-238-019-0000;

33. REAL PROPERTY LOCATED AT 235 WEST VAN BUREN, SUITE 4610, CHICAGO, ILLINOIS 60607 MORE PARTICULARLY DESCRIBED AS UNIT 4610 AND PARKING UNIT P-97T IN THE 235 W. VAN BUREN CONDOMINIUMS, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED PROPERTY: THAT PART OF LOTS 65, 66, 67, 68, 69, 70, 71, 72, 73 AND 74 (TAKEN AS A TRACT) IN BLOCK 90 IN SCHOOL SECTION ADDITION TO CITY OF CHICAGO, IN SECTION 16, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS; WHICH SURVEY IS ATTACHED TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0915934034, AS AMENDED FROM TIME TO TIME, TOGETHER WITH AN UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, TAX IDENTIFICATION PROPERTY NUMBER: 17-16-238-017-0000;

34. 185 SHARES OF CAPITAL STOCK OF TURTLE BAY TOWERS CORP. AND CHAU'S INTEREST IN THE PROPRIETARY LEASE APPURTENANT TO THE COOPERATIVE APARTMENT LOCATED AT 310 EAST 46TH STREET, 5L, NEW YORK, NEW YORK 10017, MORE PARTICULARLY DESCRIBED AS SECTION 5 BLOCK 1338 LOT 5 ON THE TAX MAP OF NEW YORK COUNTY, ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE BOROUGH OF MANHATTAN, COUNTY, CITY AND STATE OF NEW YORK, BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING AT A

POINT ON THE NORTHERLY SIDE OF EAST 45TH STREET, DISTANT 100 FEET EASTERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE NORTHERLY SIDE OF 45TH STREET AND THE EASTERLY SIDE OF SECOND AVENUE; RUNNING THENCE NORTHERLY PARALLEL WITH SECOND AVENUE, 200 FEET 10 INCHES TO THE SOUTHERLY SIDE OF EAST 46TH STREET; THENCE EASTERLY ALONG THE SOUTHERLY SIDE OF EAST 46TH STREET, 100 FEET; THENCE SOUTHERLY PARALLEL WITH SECOND AVENUE AND PART OF THE DISTANCE THROUGH A PARTY WALL, 100 FEET 5 INCHES TO THE CENTER LINE OF THE BLOCK BETWEEN 45TH AND 46TH STREETS; THENCE EASTERLY ALONG THE CENTER LINE OF THE BLOCK AND PARALLEL WITH EAST 46TH STREET, 25 FEET; THENCE SOUTHERLY PARALLEL WITH SECOND AVENUE, 100 FEET 5 INCHES TO THE NORTHERLY SIDE OF EAST 45TH STREET; THENCE WESTERLY ALONG THE NORTHERLY SIDE OF EAST 45TH STREET, 125 FEET TO THE POINT OF PLACE OF BEGINNING; and

35. REAL PROPERTY LOCATED AT 844 VEGAS VALLEY DRIVE, LAS VEGAS, NEVADA 89109, MORE PARTICULARLY DESCRIBED AS PARCEL ONE (1): LOT THIRTY-ONE (31) OF LAS VEGAS INTERNATIONAL COUNTRY CLUB PATIO HOUSES UNIT NO. 6-A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 13, OF PLATS, PAGE 78, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA; PARCEL TWO (2): A PORTION OF SECTION 10, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY, NEVADA, AN ADDITIONAL TO LOT THIRTY-ONE (31) OF LAS VEGAS INTERNATIONAL COUNTRY CLUB PATIO HOUSES, UNIT NO. 6-A AS SHOWN BY MAP THEREOF ON FILE IN BOOK 13 OF PLATS, PAGE 78, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF LOT THIRTY-ONE (31), BEING THE TRUE POINT OF BEGINNING; THENCE NORTH 07°39'18" WEST, A DISTACNE OF 6.04 FEET TO A POINT; THENCE SOUTH 89°08'44" WEST, A DISTANCE OF 33.90 FEET TO A POINT; THENCE SOUTH 02°35'00" EAST, A DISTANCE OF 6.00 FEET TP A POINT; THENCE NORTH 89°08'44" EAST, A DISTANCE OF 34.43 FEET TO THE TRUE POINT OF BEGINNING, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, TAX IDENTIFICATION PROPERTY NUMBER: 162-10-613-002

(all of which constitutes property); and

that the United States recover from Tony Chau the in personam criminal forfeiture money judgment of $1,371,586 in United States Currency. The net sale proceeds of the property, which is the value of the property at the time of the sale, will be applied toward the criminal forfeiture

money judgment. If there are any remaining sale proceeds, they will be applied to taxes, penalties, and interest owed by Tony Chau; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 1955(d); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 12th day of  October , 2016.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on October 12, 2016.

                               */s/ Heidi L. Skillin*
                               HEIDI L. SKILLIN
                               FSA Paralegal